*States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51071.**—Protests 58034–K, etc., of Maddock & Miller, Inc. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51072.**—Protests 72163–K, etc., of Meakin & Ridgway, Inc. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51073.**—Protests 35869–K, etc., of Bloomingdale Bros. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of puree cups the same in all material respects as those passed upon in *Johnson Bros.* v. *United States* (15 Cust. Ct. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.

**No. 51074.**—Protest 972087–G of Butler Bros. (San Francisco).

Opinion by Keefe, J. At the trial it was stipulated that the merchandise consists of bonbon dishes similar in all material respects to those the subject of *United States* v. *Butler Bros.* (33 C. C. P. A. 22, C. A. D. 310). In accordance therewith the merchandise was held properly dutiable at 70 percent under paragraph 212 without the additional assessment of 10 cents per dozen pieces.